UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. P-16-CR-00426 |
| DAVID DIOSDADO, JULIAN SOLIS ALDABA, | § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

    **1. Juan Antonio Verdin-Ramirez    2. Jose Fernando Guel-Hernandez**

Are material witnesses for the prosecution at the trial of the above-named defendant who is charged with violation of certain immigration laws.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Western District of Texas hereby dismisses the complaint/information against said material witnesses because they have been deposed.

RICHARD L. DURBIN, JR.
United States Attorney

Layton Duer
Assistant United States Attorney

LEAVE OF COURT IS GRANTED FOR THE FILING OF THE FOREGOING DISMISSAL.

Date: 11/7/2016

DAVID B. FANNIN
United States Magistrate Judge